IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | No. C 08-4861 PJH (MEJ) |
|---|---|
| Plaintiff(s), | **NOTICE OF REFERENCE** |
| vs. | **ORDER SCHEDULING HEARING RE" PLAINTIFFS' MOTION TO COMPEL COMPLIANCE** |
| McFARLANE & SONS, INC., | |
| Defendant(s). | **APRIL 30, 2009 AT 10:00 A.M.** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes of discovery. Accordingly, the Court shall conduct a hearing on Plaintiffs' Motion to Compel Compliance with Subpoena, (Dkt. #13), on April 30, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendant shall file any opposition by April 9, 2009, and Plaintiffs shall file any reply by April 16, 2009.

**Plaintiffs shall serve this Order upon Defendant.**

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: March 23, 2009

MARIA-ELENA JAMES  
United States Magistrate Judge