```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>                  Plaintiffs,<br><br>vs.<br><br>McFARLANE & SONS, INC., a California corporation,<br><br>                  Defendant. | NO. C 08 4861 PJH (MEJ)<br><br>ORDER TO COMPEL COMPLIANCE WITH SUBPOENA |

      IT IS ORDERED that Mike McFarlane as Custodian of Records of Defendant, McFARLANE & SONS, INC., a California corporation, comply with the Subpoena in a Civil Case issued by plaintiffs' attorney and produce completed monthly contributions reports from August 2008 to present, on or before May 28, 2009.  If this document production does not take place Mr. McFarlane must appear before me on June 4, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA., to show cause why he should not be held in contempt.

Dated: May 1, 2009

                                          _____
                                          Honorable Maria Elena James

ORDER TO COMPEL COMPLIANCE WITH SUBPOENA