1  **ERSKINE & TULLEY**
   **A PROFESSIONAL CORPORATION**
2  **MICHAEL J. CARROLL (ST. BAR #50246)**
   **220 Montgomery Street, Suite 303**
3  **San Francisco, CA  94104**
   **Telephone:  (415) 392-5431**
4  **Facsimile:  (415) 392-1978**

5  **Attorneys for Plaintiffs**

                    **UNITED STATES DISTRICT COURT**

                    **NORTHERN DISTRICT OF CALIVORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO.  C 08 4861 PJH |
| Plaintiffs, | <u>**JUDGMENT PURSUANT TO STIPULATION**</u> |
| vs. | |
| McFARLANE & SONS, INC., etc., | |
| Defendant. | |

18       It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL
19  WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION
20  TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION,
21  HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, through their attorneys, and
22  defendant, McFARLANE & SONS, INC., a California corporation, have entered
23  into a stipulation which provides for judgment against defendant in the
24  amount of $19,387.66,
25       IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF
26  TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA,
27  SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL
28  WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, have

and recover judgment against McFARLANE & SONS, INC., a California corporation, in the amount of $19,387.66, which amount is composed of the following:

    a. Contributions due and unpaid to Plaintiff Trust Funds for the months of August 2008, December 2008 through April 2009 in the amount of $12,727.36;

    b. Liquidated damages due and unpaid to the Plaintiff Trust Funds for the months of August 2008 through April 2009 in the amount of $5,153.00;

    c. Interest due pursuant to contract in the amount of $987.30; and

    d. Costs of suit incurred in this action in the amount of $520.00.

Dated: 8/12/09

_____
Honorable Phyllis J. Hamilton



JUDGMENT PURSUANT TO STIPULATION    2